UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Tech Pharmacy Services, LLC,** § § § § § § § § § § § § | |
| **Plaintiff,** | |
| v. | Civil Action No. 4:15-cv-00766-ALM |
| **Alixa Rx LLC and Golden Gate National Senior Care LLC d/b/a Golden LivingCenters,** | |
| **Defendants.** | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Alixa Rx, LLC; Fillmore Capital Partners, LLC; Fillmore Strategic Investors, LLC; Fillmore Strategic Management, LLC; and Golden Gate National Senior Care, LLC hereby disclose that they are limited liability companies.

Defendant Alixa Rx, LLC hereby discloses that Marina Pharmacy Corp. and Fillmore Strategic Investors, LLC are parent corporations of Alixa Rx, LLC, and there is no publicly held corporation that owns 10% or more of Alixa Rx, LLC.

Defendant Fillmore Capital Partners, LLC hereby discloses that there are no parent corporations of Fillmore Capital Partners, LLC, and there is no publicly held corporation that owns 10% or more of Fillmore Capital Partners, LLC.

Defendant Fillmore Strategic Investors, LLC hereby discloses that there are no parent corporations of Fillmore Strategic Investors, LLC, and there is no publicly held corporation that owns 10% or more of Fillmore Strategic Investors, LLC.

Defendant Fillmore Strategic Management, LLC hereby discloses that Fillmore Capital Partners, LLC is the parent corporation of Fillmore Strategic Management, LLC, and there is no publicly held corporation that owns 10% or more of Fillmore Strategic Management, LLC.

Defendant Golden Gate National Senior Care, LLC hereby discloses that GGNSC Holdings, LLC, Drumm Corp., and Fillmore Strategic Investors, LLC are parent corporations of Golden Gate National Senior Care, LLC, and there is no publicly held corporation that owns 10% or more of Golden Gate National Senior Care, LLC.

Dated:  September 9, 2016               Respectfully submitted,

*/s/ Stephen J. Akerley by permission Andrea Fair*
Stephen J. Akerley (*pro hac vice*)
Nisha N. Patel (*pro hac vice*)
Adrian Kwan (*pro hac vice*)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA  94040-1499
(650) 813-4800
stephen.akerley@dechert.com
nisha.patel@dechert.com
adrian.kwan@dechert.com

Wesley Hill (Bar No. 24032294)
Andrea L. Fair (Bar No. 24078488)
Ward, Smith, & Hill, PLLC
PO Box 1231
Longview, TX  75606
(903) 757-6400
(903) 757-2323 (Fax)
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Defendants*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 9th day of September, 2016

                                                          /s/ Andrea Fair