# HE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 8/25/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| Tech Pharmacy vs. Alixa, et al | 4:15cv766 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Mike Jones, Cristina Rodriguez, Maria Boyce, Jeff Whittle, Jay Yates; Tara Trask (Paralegal); Jim Moncrief (Corp. Rep) | Wes Hill, Brett Johnson, Michael Bittner, Blake Griese; Ron Silva, Larry Deans, Pam Roberts (Corp. Reps) |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     VOIR DIRE AND JURY SELECTION |
|---|---|
| 10:13 am | Court in session. Preliminary voir dire by Judge Mazzant. |
| 10:34 am | Mr. Jones voir dire for Plaintiff. |
| 11:33 am | Court and jury panel in recess for break. |
| 11:50 am | Court in session. Mr. Hill voir dire for Defendant. |
| 1:20 pm | Jury panel in recess for individual voir dire. |
| 2:00 pm | Court in recess for jury selection. |
| 2:25 pm | Court in session. Clerk reads juror numbers, who are sworn in. Remaining jurors dismissed. |
| 2:30 pm | Court in recess. |
| 3:50 pm | Court in session, jurors seated. Preliminary instructions read by the Court. |
| 4:34 pm | Jury in recess until Monday morning at 9:00 a.m. |
| | Ms. Boyce addressed attorney fee issue. |
| 4:37 pm | Exhibit objections also addressed. |

CASE NO.          DATE:
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:     VOIR DIRE AND JURY SELECTION |
|---|---|
|  | Procedures for closing courtroom addressed. |
|  | Deft exs 329, 331 and 432 addressed by defense counsel. |
| 4:42 pm | Opening statement exhibit issues addressed. |
| 4:46 pm | Mr. Johnson addressed the Court. |
|  | Ms. Rodriguez addressed the Court. |
| 4:52 pm | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:     Debbie McCord
             Courtroom Deputy Clerk