# HE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:**   8/25/2017

| | |
|---|---|
| DISTRICT  JUDGE | **COURT REPORTER:  Deputy Judy Werlinger** |
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:**  Debbie McCord |

| | |
|---|---|
| Tech Pharmacy vs. Alixa, et al | 4:15cv766 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Jennifer Fleury, Mike Jones, Cristina Rodriguez, Maria Boyce, Jeff Whittle, Jay Yates; Tara Trask (Paralegal); Jim Moncrief (Corp. Rep) | Wes Hill, Brett Johnson, Tom Melsheimer, Renee Skinner, Danielle Williams, Michael Bittner, Blake Griese, Ron Silva, Larry Deans, Pam Roberts |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     JURY TRIAL |
|---|---|
| 8:45 am | Court in session. |
| | Plaintiff presented objections to defendant's demonstratives.   Response of Mr. Melsheimer. |
| | Discussion regarding sealing a portion of opening statement.  Counsel will let the court reporter know which portion should be sealed. |
| 9:08 am | Jury in and seated. |
| 9:09 am | Ms. Boyce opening statement for Plaintiff. |
| 9:54 am | Opening statement for Defendant by Mr. Johnson. |
| 10:41 am | Jury and Court in recess. |
| 11:00 am | Court in session.  Ms. Boyce invokes the Rule. |
| 11:01 am | Plaintiff witness: James Moncrief, sworn in.  Direct by Ms. Boyce. |
| 12:00 pm | Jury and Court in recess until 1:15 pm. |
| 1:16 pm | Court in session, jury seated.  Direct examination continues. |

CASE NO.           DATE:

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:    JURY TRIAL |
|---|---|
| 3:01 pm | Court and jury in recess for break. |
| 3:18 pm | Court in session, jury seated. |
|  | Direct examination continues. |
| 3:45 pm | Plaintiff passes witness. |
|  | Bench Conference. |
| 3:52 pm | Cross examination by Mr. Melsheimer. |
| 5:03 pm | Jury in recess.  Time used by Plaintiff: 3:04, Time used by Defendant: 1:10. |
| 5:04 pm | Counsel addressed the Court. |
| 5:07 pm | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:        Debbie McCord
                Courtroom Deputy Clerk