# HE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 9/5/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| Tech Pharmacy vs. Alixa, et al | 4:15cv766 |
| | |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Jennifer Fleury, Mike Jones, Cristina Rodriguez, Maria Boyce, Jeff Whittle, Jay Yates; Tara Trask (Paralegal); Jim Moncrief (Corp. Rep) | Wes Hill, Brett Johnson, Tom Melsheimer, Renee Skinner, Danielle Williams, Michael Bittner, Blake Griese, Ron Silva, Larry Deans, Pam Roberts |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: JURY TRIAL - DAY 6 |
|---|---|
| 8:57 am | Court in session. |
| | Matters addressed before jury comes in. |
| 9:07 am | Jury seated. |
| | Bradley Savage deposition continues from Thursday, direct and cross. |
| 9:51 am | Plaintiff witness: Mary Ann Miller, sworn in. Direct by Ms. Rodriguez. |
| 10:18 am | Cross examination by Mr. Hill. |
| 10:40 am | Jury and Court in recess for break. |
| | Cross examination resumes. |
| 11:52 am | Redirect by Ms. Rodriguez. |
| 11:59 am | Witness testimony concluded. Jury questions for witness. |
| 12:02 pm | Court reads jury questions. |
| 12:05 pm | Follow up questions by Mr. Hill and Ms. Rodriguez. |

CASE NO.            DATE:

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:     JURY TRIAL - DAY 6 |
|---|---|
| 12:10 pm | Witness is fully excused. |
| 12:10 pm | Jury in recess until 1:25 pm. |
| 12:10 pm | Demonstrative objections addressed with the Court, rulings issued. |
| 12:25 pm | Court in recess for lunch. |
| 1:28 pm | Court in session, jury seated.  Ms. Boyce reads stipulation to the jury. |
| 1:29 pm | Plaintiff witness: David Walker via video. |
| 1:49 pm | Plaintiff witness: Dr. Samuel Russ, sworn in.  Direct examination by Ms. Fleury. |
|  | Bench conference. |
|  | Direct resumes. |
| 2:23 pm | Cross examination by Mr. Johnson. |
|  | Bench conference. |
| 2:55 pm | Cross examination resumes. |
| 3:00 pm | Redirect and Recross. |
| 3:05 pm | Witness testimony concluded.  Jury questions for witness. |
| 3:08 pm | Court reads questions to witness. |
|  | Follow up questions by Mr. Johnson. |
| 3:16 pm | Jury and Court in recess for break. |
| 3:34 pm | Court in session. |
| 3:35 pm | Plaintiff witness: Karyl Van Tassel, sworn in.  Direct by Ms. Fleury. |
| 4:00 pm | Cross examination by Mr. Johnson. |
|  | Bench conference. |
| 4:22 pm | Jury is in recess for the day. |
| 4:24 pm | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:        Debbie McCord

Courtroom Deputy Clerk