HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE: 9/12/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| Tech Pharmacy vs. Alixa, et al | 4:15cv766 |
|  |  |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Jennifer Fleury, Mike Jones, Cristina Rodriguez, Maria Boyce, Jeff Whittle, Jay Yates; Tara Trask (Paralegal); Jim Moncrief (Corp. Rep) | Wes Hill, Brett Johnson, Tom Melsheimer, Renee Skinner, Danielle Williams, Michael Bittner, Blake Griese, Ron Silva, Larry Deans, Pam Roberts |
|  |  |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     JURY TRIAL - DAY 12 |
|---|---|
| 8:34 am | Court is in session, jury seated. |
| 8:35 am | Defendant witness: Greg Smith, sworn in.  Direct by Mr. Johnson |
| 9:04 am | Bench conference. |
|  | Objection is sustained. |
| 9:08 am | Direct examination resumes. |
|  | Cross and redirect. |
| 10:01 am | Recross and redirect. |
| 10:08 am | Witness testimony concluded.   Bench conference. |
| 10:12 am | Court reads jury questions to witness. |
|  | Follow up questions by counsel. |
| 10:22 am | Witness steps down, Jury in recess for break. |
| 10:23 am | Court in recess for break. |
| 10:40 am | Court in session. |

CASE NO.　　　　　DATE:
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:　　JURY TRIAL - DAY 12 |
|---|---|
| 10:41 am | Defense witness: Roger Carlile, sworn, in.   Direct examination by Ms. Williams. |
| 11:21 am | Bench conference. |
| 11:28 am | Direct resumes. |
| 11:34 am | Cross examination. |
| 12:02 pm | Jury in recess for lunch. |
| 12:04 pm | Court in recess for lunch. |
| 1:15 pm | Court in session. |
|  | Mr. Bittner addresses objections, with response of Mr. Yates. |
|  | Court issued rulings. |
| 1:27 pm | Jury in and seated. |
|  | Cross examination resumes. |
| 1:52 pm | Redirect. |
| 1:55 pm | Witness testimony concluded. |
|  | Bench conference. |
| 1:59 pm | Court reads questions to witness. |
| 2:07 pm | Follow up by Ms. Williams and Mr. Jones. |
|  | Witness is fully excused. |
| 2:09 pm | Defense witness: David Barr via video deposition. |
| 2:45 pm | Plaintiff's portion of video deposition. |
| 2:51 pm | Defendants rest. |
|  | Plaintiff rebuttal witness: Dr. Michael Metzker, previously sworn.  Direct examination by Ms Boyce. |
| 3:19 pm | Court in recess for afternoon break. |
| 3:37 pm | Court in session, jury seated.  Direct examination continues. |
| 4:36 pm | Cross examination by Mr. Hill. |
| 5:32 pm | Witness testimony concluded. |

CASE NO.         DATE:
PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:    JURY TRIAL - DAY 12 |
|---|---|
|  | Jury questions for witness. |
|  | Bench conference. |
| 5:38 pm | Jury questions for witness. |
|  | Follow up questions by Ms. Boyce and Mr. Hill. |
| 5:50 pm | Plaintiff rests. Both sides close. |
| 5:52 pm | Jury in recess until 9:00 a.m. on Thursday. |
|  | Court addresses counsel, Rule 50 motions will be filed by 7 am tomorrow morning. Charge conference to follow. |
|  | Bifurcation issue discussed. |
|  | Parties will have an hour for closing arguments. |
|  | Court will convene at 8:30 a.m. tomorrow. |
| 5:59 pm | Court is in recess. |

DAVID O'TOOLE, CLERK

BY:      Debbie McCord
       Courtroom Deputy Clerk