## HE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:**   9/12/2017

DISTRICT  JUDGE  **COURT REPORTER:  Jan Mason**

**Amos L. Mazzant, III**  **COURTROOM DEPUTY:**  Debbie McCord

| Tech Pharmacy vs. Alixa, et al | 4:15cv766 |
| --- | --- |
|  |  |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| --- | --- |
| Jennifer Fleury, Mike Jones, Cristina Rodriguez, Maria Boyce, Jeff Whittle, Jay Yates; Tara Trask (Paralegal); Jim Moncrief (Corp. Rep) | Wes Hill, Brett Johnson, Tom Melsheimer, Renee Skinner, Danielle Williams, Michael Bittner, Blake Griese, Ron Silva, Larry Deans, Pam Roberts |
|  |  |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     JURY TRIAL - DAY 13 |
| --- | --- |
| 8:37 am | Court is in session.  Court addressed some charge issues. |
|  | Court heard from Plaintiff's counsel regarding judgment as a matter of law and objections to jury instructions. |
|  | Ms. Lerner presented objections for Defendants. |
| 8:58 am | Mr. Johnson presents objections. |
| 8:59 am | Court in recess for short break. |
| 9:11 am | Court in session, jury seated. |
| 9:13 am | Plaintiff closing by Ms. Boyce. |
| 10:02 am | Defense closing by Mr. Melsheimer. |
| 10:48 am | Defense closing by Mr. Hill. |
| 11:04 am | Rebuttal closing by Ms. Boyce. |
| 11:14 am | Jury and Court in recess for break. |
| 11:28 am | Court in session, jury seated.  Court reads instructions to the jury. |

| TIME: | MINUTES:     JURY TRIAL - DAY 13 |
|---|---|
|  | Bench conference. |
| 12:50 pm | Some minor corrections made to instructions. |
| 12:51 pm | Court finishes reading the instructions. |
| 12:54 pm | Court in recess for jury deliberations. |
| 2:18 pm | Court in session.  Court read Jury Note number 1, appointing foreperson.  Court read Jury Note number 2 and prepared response. |
| 2:20 pm | Court in recess. |
| 5:07 pm | Court in session, Juror Note #4. |
| 5:09 pm | Jury seated. |
| 5:10 pm | Bench conference. |
| 5:11 pm | Court publishes verdict: #1 -  no; #2 -  0; #3 -  yes, yes, yes; #4 -  $15 million; #5 -  no, no, no; #6 -  0; #7 - no; #8 - no; #9 - no; #10 -  not answered; #11-  no; #12 -  N/A; #13 -  no for all claims; #14 -  no for all claims; #15 -  no damages. |
| 5:14 pm | Jury individually voir dired. |
| 5:15 pm | Bench conference. |
| 5:17 pm | Jury in recess, to return at 9:00 a.m. tomorrow. |
|  | 10 minutes for opening, 15 minutes for closing. |
| 5:20 pm | Court will file verdict, in recess. |

DAVID O'TOOLE, CLERK


BY:     Debbie McCord
Courtroom Deputy Clerk